UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,  )
                           )
            Plaintiff,     )   Case No. CR01-101 RSL
                           )
       v.                  )   **PROPOSED FINDINGS OF**
                           )   **FACT AND DETERMINATION**
JOON SUR RHEE,             )   **AS TO ALLEGED**
                           )   **VIOLATIONS OF**
            Defendant.     )   **SUPERVISED RELEASE**
                           )

INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on March 4, 2009. The defendant appeared pursuant to a summons issued in this case. The United States was represented by Ronald J. Friedman, and defendant was represented by Jeffrey L. Kradel. Also present was U.S. Probation Officer Mark J. Chance. The proceedings were digitally recorded.

CONVICTION AND SENTENCE

Defendant was sentenced on January 13, 2004 by the Honorable Robert S. Lasnik for racketeer influenced and corrupt organizations (RICO). He received 78 months imprisonment and three years supervised release.

///

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -1

## PRESENTLY ALLEGED VIOLATIONS AND DEFENDANT'S ADMISSION OF THE VIOLATION

In a petition dated February 12, 2009, Supervising U.S. Probation Officer Mark J. Chance alleged that defendant violated the following conditions of supervised release:

1. Committing the crime of Unlawful Distribution of a listed Chemical (red phosphorus), in violation of the general condition that he not commit another federal, state, or local crime.

2. Associating with Richard G. Ciarlo, a known felon, in violation of standard condition No. 9.

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing on March 19, 2009 before District Judge Robert S. Lasnik.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 4th day of March, 2009.

BRIAN A. TSUCHIDA
United States Magistrate Judge